# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| RHONDA MILLER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-19-305-SLP |
| ANDREW SAUL,<br>Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Bernard M. Jones entered November 18, 2019 [Doc. No. 29]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is reversed and remanded for further proceedings.

IT IS SO ORDERED this 3rd day of December, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE